In the Matter of the Estate of GEORGE F. CASWELL, Deceased. WILLIAM B. CASWELL, as Executor of GEORGE F. CASWELL, Deceased, Appellant; LAWRENCE T. COOK, as Special Guardian for GEORGE F. CASWELL, JR., et al., Respond-

ents.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree denies an application to confirm a compromise agreement.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [185 Misc. 599.]